# EXHIBIT A

My name is Jacqueline Young.
& the mother of Isaac Barrett Young.
My son Isaac B. Young was
Born on June 24, 1999, my
second born. He has a
great outgoing personality.
A love of people & very
respectful & loving
towards me his mother.
My son was raised
without his father who passed
Jan. 14th, 2006. Isaac
is a young man with
an old soul. In 2022 I
Broke my ankle my son
was with me thru some
of the rehabitation along with
my daughter. His father
would be so proud of him.
It has been a great
reward raising him. He
has even taught me things.
To never give up & keep
striving. I feel as a parent

we all deserve 2nd chances. because were human. As long as you learn from ~~things and make a~~ ~~stay a good citizen in life.~~ your mistakes and continue to be a good citizen to all people. What I love about him the most is he's always reaching out to help others. He cares about other people, hes not selfish and he loves god. Am speaking from my ~~heart~~ heart not saying hes perfect but who is.

Thank you
Jacqueline Young

Dear Judge,

I hope this letter finds you well. My name is Martinese Gregory and I am writing to you in regard to my cousin, Isaac Young. Isaac and I grew up together and are fairly close in age. When we were younger, we were inseparable. The two of us were always up to something—whether it was making a mess, playing outside, or learning new things. I always admired Isaac because he was older and seemed to have everything figured out before I did. I remember racing to learn my time tables just to impress Grandma so she could give me the same praise as Isaac. Even at a young age, he would encourage me, give me tips and be patient as I tried to catch up with him. He was never too proud to help me out because that's just the kind of person he is.

As we grew up, life took us down different paths. Isaac made some mistakes, and though I wasn't always close to him during those years, I never stopped believing in him. I'm not here to make any excuses on his behalf for those choices, but I have watched him grow, learn and most importantly, change. As an educated young woman with a degree in Criminal Justice from Michigan State University, I understand the importance of accountability and the law. I aspire to become a judge myself, and I fully recognize the necessity of upholding justice. However, I also believe in second chances for those who show true remorse and demonstrate genuine effort to make positive changes in their lives.

The Issac who stands before you today is not the same person he was in the past. He no longer associates with the negative influences that once led him astray, has found stability and purpose in a career that provides for him and his family and is now a father. I believe that this new role has impacted him greatly. Having lost his own father at the age of five, Isaac takes the responsibility of fatherhood very seriously, and I know he is committed to being the kind of father that he never had.

Judge, I humbly ask you to consider the man Isaac is today— a man who has shown growth, responsibility and a desire to be the best version of himself. I truly believe that he deserves one more chance to prove that he can continue on this positive trajectory and be an example of change.

Martinese Gregory

Your Honor,

I would like to thank you for the opportunity to write this letter on behalf of Isaac Young. My name is Marteniz Gregory, the uncle of Isaac Young. I have over thirty years of experience when it comes to employment, counseling services, and outreach programs dealing with the youth and young adults. I would like the courts to take into consideration what Mr. Young is currently doing in his life and the maturity that he has displayed prior to this current situation that brings us all here. Mr. Young has been blessed with a career that affords him the opportunity to make some major changes for himself, his mother, sister, grandparents and his newborn daughter. Mr. Young is eager to be a fantastic father. Incarceration at this point in his life would be a deterrent to the success of Mr. Young being a productive citizen of his family and community.

Hello,

I am Isaac's aunt LaWanda. Growing up Isaac was very smart, kind and outgoing. He was well known in the family as an honor roll student, and he loved basketball. His father, who passed away when Isaac was around 6 years old, would spend countless hours volunteering in his classroom at his school every week. He made sure that Isaac excelled in his schoolwork. Isaac took pride in getting good grades. His father was an important role model in his life. When Issac grew up as a teenager, he unfortunately did not have a father around to guide him. His mother worked to provide a living for him and his sister. During the most important years of his life when he needed his father, he had only memories of his teachings to get him through life. When I see him now, I see the Isaac that we all know. He is committed to being a good son, grandson, brother, nephew, and father. He is a changed young man. He even has a career that allows him to take care of himself. I believe that if you give him a chance, he will be a productive citizen that abides by the law.

My oldest son was given an opportunity by the courts when he was young and never had any other problems that led him to the judicial system. Isaac deserves that same opportunity. The Isaac that you see is a changed young man with aspirations, dreams and ambition. He is a good-hearted young man he will give you the shirt off of his back. Please reconsider and allow him to continue to grow and live a healthy life and be present for his daughter and family.

Thank You



**Office Number (980)299 6001**
**Vist WWW.HOPEFORHARVEST.ORG for more information**
1800 Brewton Drive Charlotte NC, 28206

**Monday, November 18th, 2024**

**Dear Isaac Young & Eastern District of Michigan.**

**Thank you for your in-kind donation to Hope for Harvest Youth Centers Thanksgiving Giveback. Your donation of turkeys will allow us to feed families this holiday and your generosity will help us provide services and uplift, inspire and empower underserved
youth and families.**

**Our mission is to help break the cycle of generational poverty.
Because of your support, we will be able to reach more individuals in
need during this holiday season. This work is only possible
due to the generosity of remarkable young people like yourself and the compassion you have for your community and children who need it the most.**

**Thank you for making this experience, and hundreds more like it
possible and for your commitment to continuing to support Hope for Harvest in the future.**

**Hope For Harvest Youth Center is classified as a 501(c)(3) non-profit
organization under IN 82-0832111 by the standards of the Internal
Revenue Service (IRS). Therefore the donation may be tax-deductible to
the extent allowed by law.**

**Best,**

**Phillip A. Miller**
DIRECTOR OF OPERATIONS

## Isaac

From:  Kelly Franklin (kellyfranklin977@gmail.com)

To:    rfkinney@sbcglobal.net

Date:  Monday, January 20, 2025 at 04:22 PM EST

To the honorable judge ..

I am writing this letter on behalf of my fiancé & partner Isaac young. I respectfully ask that you please have mercy during this trying time for our new addition to our family. Isaac is a respectable loving family man. He is a very important in both me & my daughter lives this situation is really effecting our family and it saddens me the unfortunate circumstances. Isaac has been involved with his daughter since the day we found I was pregnant. He never falls short when it comes to both me and our daughter. He loves her dearly and she deserves for her dad to be able to continue to be there for her and see her grow & teach her unconditional love from a man. I cry every night thinking about multiple possible outcomes. I love him so much he is my bestfriend he has taught me so much about life and he takes great care of both me & our child. He does everything for her with a smile from the midnight bottles to the poppy diapers It would really crush me if he couldn't be there for her first steps or her 1st birthday, his first Father's Day , Isaac really is a good guy he has a good heart with good intentions I know he is moving forward becoming a better person for his daughter I can promise you if you were to give him another chance you will never see his face again I promise! I'm begging you to please find it in your heart she has changed his perspective of life I know it has so I ask please consider her in your decision thank you

## (No Subject)

From:   Kelly Franklin (kellyfranklin977@gmail.com)

To:     rfkinney@sbcglobal.net

Date:   Monday, January 20, 2025 at 04:22 PM EST

To whom this may concern, i hope this letter finds you in health. I am writing on behalf of Isaac Young. I believe it is crucial for you to understand the person Isaac truly is, beyond the confines of the court. I have known Isaac for 9 years & in that time I have come to know that Isaac is a genuine, respectful & caring young man who lives by good morals & principles. He is hardworking in his career and strives to be the best , he loves to help his peers/community with similar work task such as music & entertainment in general. outside of his work he is family man as well as an outstanding new father to his innocent baby girl. He is also always one to come up with appropriate solutions to help the ones around him while providing for his family as the God fearing man he was raised to be. We Attend church faithfully both physically & virtually. Isaac is not a problematic person at all. I love Isaac and so does everyone around him , despise the unfortunate situations that has been thrown at him he always manages thrive to come out on top as well as turn a negative into a positive. With age I can assure you he has matured so much over the many years with good values. His contagious smile along with his bubbly personality definitely helps the people around him strive and continue on. He has always been a person of integrity, and I have no doubt he will uphold these values moving forward. He is great in society as well as giving back to his community I have helped him personally take what is his and give back to the community to help other families outside of his own. I am confident that Isaac deeply regrets his involvement in this matter and is dedicated to learning from his mistakes and being a better man overall. I respectfully request the court considers his positive attributes and potential when making his sentencing decision. Warm regards