| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000012119 | **DATE** 03/10/2026 |
|---|---|---|---|---|
| **NAME** YOUNG, Isaac | **OFFICER** Marie Serna | **JUDGE** Linda V. Parker | | **DOCKET #** 23-CR-20394-01 |

| **ORIGINAL SENTENCE DATE** 01/29/2025 | **SUPERVISION TYPE** Probation | **CRIMINAL HISTORY CATEGORY** IV | **TOTAL OFFENSE LEVEL** 17 | **PHOTO** |
|---|---|---|---|---|
| **COMMENCED** 01/29/2025 | | | | |
| **EXPIRATION** 01/28/2028 | | | | |

| **ASST. U.S. ATTORNEY** Jeremiah Smith | **DEFENSE ATTORNEY** Robert Kinney |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm

**SENTENCE DISPOSITION**

The defendant is hereby sentenced to probation for a term of three years, concurrent with outstanding probation violation (Docket No. 202282375FH).

Name of Sentencing Judicial Officer: Honorable Sean F. Cox. Case Reassigned from the Honorable Sean F. Cox to District Judge Linda V. Parker on 01/09/2026.

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.
2. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under your control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.
3. You shall not be a member of or associated with any group oriented in whole or in part toward criminal purpose, commonly referred to as a gang. You shall not be found in the social company of any person who you know or reasonably ought to know is a member of or associated with such a gang. You shall not possess, wear or display in any manner any insignia, emblem, hat, scarf, bandana or article of clothing which is designed, arranged, or used in any way to symbolize membership in, affiliation with or approval of a gang. You shall not possess, wear or display any article of clothing to which any insignia or name

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 000012119 | DATE 03/10/2026 |
|---|---|---|---|---|
| NAME YOUNG, Isaac | OFFICER Marie Serna | JUDGE Linda V. Parker | | DOCKET # 23-CR-20394-01 |

(including, for example, either a designer's name or symbol), which is easily discernible from a distance or more than 10 feet. You shall not at any time use hand or body signals of such kind as are associated with signifying membership in, affiliation with or approval of a gang. You shall acquire no tattoos, body markings or piercings of any kind.

4. Mandatory drug testing is ordered.

Criminal Monetary Penalty: Special Assessment $100.00 (Satisfied) Fine $10,000.00 (Satisfied)

The probation officer believes that the offender has violated the following conditions of Probation:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition # 3:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT."<br><br>On January 14, 2026, YOUNG admitted he would test positive for the use of marijuana. |
| 2 | **Violation of Standard Condition #8:** "YOU MUST NOT COMMUNICATE OR INTERACT WITH SOMEONE YOU KNOW IS ENGAGED IN CRIMINAL ACTIVITY. IF YOU KNOW SOMEONE HAS BEEN CONVICTED OF A FELONY, YOU MUST NOT KNOWINGLY COMMUNICATE OR INTERACT WITH THAT PERSON WITHOUT FIRST GETTING THE PERMISSION OF THE PROBATION OFFICER."<br><br>On February 4, 2026, YOUNG posted on his public Instagram page, "realrichizzo" a reel that included Keyon Fails and Malik Taylor. The reels match parts of an official video released by Keyon Fails for his song, "2 The Hard Way (First Day Out)". Both Mr. Fails and Mr. Taylor are on federal supervised release and are identified Cashgang members.<br><br>On February 13, 2026, YOUNG posted on his public Instagram page a reel that included Keyon Fails. The reel shows YOUNG and Mr. Fails in a vehicle rapping along with a song. |
| 3 | **Violation of Standard Condition # 9:** "IF YOU ARE ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS."<br><br>On February 27, 2026, this officer received a call from Bloomfield Township Police Department indicating they responded to a Domestic Assault call. Dispatch indicated someone broke through a front door and they could hear a female was screaming at a male to leave and he was refusing. Additionally, a baby could be heard in the background. The officer indicated upon arrival, the |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 000012119 | DATE 03/10/2026 |
|---|---|---|---|---|
| NAME YOUNG, Isaac | OFFICER Marie Serna | JUDGE Linda V. Parker | | DOCKET # 23-CR-20394-01 |

storm door to the residence was observed to be shattered. Neither YOUNG or the female resident were willing to cooperate and indicated nothing physical occurred. YOUNG was ordered to get his things and leave the residence. YOUNG failed to report the police contact to U.S. Probation.

**4**  **Violation of Standard Condition # 9:** "IF YOU ARE ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS."

On March 1, 2026, notification was received that YOUNG's information was ran by Utica Police Department. Follow-up with Utica Police Department indicated YOUNG was cited for No Insurance and Obstructed Vision. YOUNG failed to report the police contact to U.S. Probation.

**5**  **Violation of Special Condition #1:** "YOU MUST PARTICIPATE IN A COGNITIVE-BEHAVIORAL TREATMENT PROGRAM AND FOLLOW THE RULES AND REGULATIONS OF THAT PROGRAM. THE PROBATION OFFICER WILL SUPERVISE YOUR PARTICIPATION IN THE PROGRAM (PROVIDER, LOCATION, MODALITY, DURATION, INTENSITY, ETC.). SUCH PROGRAMS MAY INCLUDE GROUP SESSIONS LED BY A COUNSELOR OR PARTICIPATION IN A PROGRAM ADMINISTERED BY THE PROBATION OFFICE."

On January 7, 2026, YOUNG began the six-week Cognitive Behavioral Therapy (CBT) class with the U.S. Probation Department to be held on Wednesday's. He attended as required on January 14, 2026, and January 21, 2026. YOUNG failed to attend on January 28, 2026, and was removed from the program. YOUNG cited forgetting the day of the week and his truck being at the mechanic as his reason for not attending. YOUNG failed to contact this officer to advise he would not be attending.

**6**  **Violation of Special Condition #3:** "YOU SHALL NOT BE A MEMBER OF OR ASSOCIATED WITH ANY GROUP ORIENTED IN WHOLE OR IN PART TOWARD CRIMINAL PURPOSE, COMMONLY REFERRED TO AS A GANG.  YOU SHALL NOT BE FOUND IN THE SOCIAL COMPANY OF ANY PERSON WHO YOU KNOW OR REASONABLY OUGHT TO KNOW IS A MEMBER OF OR ASSOCIATED WITH SUCH A GANG. YOU SHALL NOT POSSESS, WEAR OR DISPLAY IN ANY MANNER ANY INSIGNIA, EMBLEM, HAT, SCARF, BANDANA OR ARTICLE OF CLOTHING WHICH IS DESIGNED, ARRANGED, OR USED IN ANY WAY TO SYMBOLIZE MEMBERSHIP IN, AFFILIATION WITH OR APPROVAL OF A GANG. YOU SHALL NOT POSSESS, WEAR OR DISPLAY ANY ARTICLE OF CLOTHING TO WHICH ANY INSIGNIA OR NAME (INCLUDING, FOR EXAMPLE, EITHER A DESIGNER'S NAME OR SYMBOL), WHICH IS EASILY DISCERNIBLE FROM A DISTANCE OR MORE THAN 10 FEET. YOU SHALL NOT AT ANY TIME USE HAND OR BODY SIGNALS OF SUCH KIND AS ARE ASSOCIATED WITH SIGNIFYING MEMBERSHIP IN, AFFILIATION WITH OR APPROVAL OF A GANG. YOU SHALL ACQUIRE NO TATTOOS, BODY MARKINGS OR PIERCINGS OF ANY KIND."

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 000012119 | DATE 03/10/2026 |
|---|---|---|---|---|
| **NAME** YOUNG, Isaac | **OFFICER** Marie Serna | **JUDGE** Linda V. Parker | | **DOCKET #** 23-CR-20394-01 |

On February 4, 2026, YOUNG posted on his public Instagram page, "realrichizzo" a reel that included Keyon Fails and Malik Taylor. The reels match parts of an official video released by Keyon Fails for his song, "2 The Hard Way (First Day Out)" later that week. Both Mr. Fails and Mr. Taylor are identified Cashgang members.

On February 13, 2026, YOUNG posted on his public Instagram page a reel that included Keyon Fails. The reel shows YOUNG and Mr. Fails in a vehicle rapping along with a song.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Marie Serna/lnb 313-234-5438 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Christina R. Wilkerson 313 234-5460 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]   The issuance of a summons

[  ]   Other

s/Linda V. Parker
United States District Judge

3/11/2026
Date

Page **4** of **4**