| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000012119 | **DATE** 06/05/2026 |
|---|---|---|---|---|

| **NAME** YOUNG, Isaac | **OFFICER** Marie Serna | **JUDGE** Linda V. Parker | **DOCKET #** 23-CR-20394-01 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 01/29/2025 | **SUPERVISION TYPE** Probation | **CRIMINAL HISTORY CATEGORY** IV | **TOTAL OFFENSE LEVEL** 17 | **PHOTO** |
|---|---|---|---|---|
| **COMMENCED** 01/29/2025 | | | | |
| **EXPIRATION** 01/28/2028 | | | | |

| **ASST. U.S. ATTORNEY** Jeremiah Smith | **DEFENSE ATTORNEY** Robert Kinney |
|---|---|

**REPORT PURPOSE**

**AMENDMENT TO SUMMONS FILED ON 03/11/2026**
(Please note that the amended information is underlined.)

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm

**SENTENCE DISPOSITION**

The defendant is hereby sentenced to probation for a term of three years, concurrent with outstanding probation violation (Docket No. 202282375FH).

Name of Sentencing Judicial Officer: Honorable Sean F. Cox. Case Reassigned from the Honorable Sean F. Cox to District Judge Linda V. Parker on 01/09/2026.

On 03/31/2026, YOUNG appeared before United States Magistrate Judge Elizabeth A. Stafford for an Initial Appearance on a Summons alleging violations one through six as noted below. YOUNG was granted a $10,000 unsecured bond with the following conditions: Report to the Probation Department as directed and all previous conditions of supervised release to remain in effect.

On 05/05/2026, YOUNG admitted guilt to violations two and three. Probation Violation Sentencing is scheduled for 06/30/2026 at 3 p.m.

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000012119 | **DATE** 06/05/2026 |
| --- | --- | --- | --- | --- |
| **NAME** YOUNG, Isaac | **OFFICER** Marie Serna | **JUDGE** Linda V. Parker | **DOCKET #** 23-CR-20394-01 | |

2. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under your control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.

3. You shall not be a member of or associated with any group oriented in whole or in part toward criminal purpose, commonly referred to as a gang.  You shall not be found in the social company of any person who you know or reasonably ought to know is a member of or associated with such a gang. You shall not possess, wear or display in any manner any insignia, emblem, hat, scarf, bandana or article of clothing which is designed, arranged, or used in any way to symbolize membership in, affiliation with or approval of a gang. You shall not possess, wear or display any article of clothing to which any insignia or name (including, for example, either a designer's name or symbol), which is easily discernible from a distance or more than 10 feet. You shall not at any time use hand or body signals of such kind as are associated with signifying membership in, affiliation with or approval of a gang. You shall acquire no tattoos, body markings or piercings of any kind.

4. Mandatory drug testing is ordered.

Criminal Monetary Penalties: Special Assessment $100.00 (Satisfied) Fine $10,000.00 (Satisfied)

The probation officer believes that the offender has violated the following conditions of Probation:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
| --- | --- |
| 1 | **Violation of Mandatory Condition # 3: "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT."** <br><br> On January 14, 2026, YOUNG admitted he would test positive for the use of marijuana. |
| 2 | **Violation of Standard Condition #8: "YOU MUST NOT COMMUNICATE OR INTERACT WITH SOMEONE YOU KNOW IS ENGAGED IN CRIMINAL ACTIVITY. IF YOU KNOW SOMEONE HAS BEEN CONVICTED OF A FELONY, YOU MUST NOT KNOWINGLY COMMUNICATE OR INTERACT WITH THAT PERSON WITHOUT FIRST GETTING THE PERMISSION OF THE PROBATION OFFICER."** <br><br> On February 4, 2026, YOUNG posted on his public Instagram page, "realrichizzo" a reel that included Keyon Fails and Malik Taylor. The reels match parts of an official video released by Keyon Fails for his song, "2 The Hard Way (First Day Out)". Both Mr. Fails and Mr. Taylor are on federal supervised release and are identified Cashgang members. |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 000012119 | DATE 06/05/2026 |
|---|---|---|---|---|
| NAME YOUNG, Isaac | | OFFICER Marie Serna | JUDGE Linda V. Parker | DOCKET # 23-CR-20394-01 |

On February 13, 2026, YOUNG posted on his public Instagram page a reel that included Keyon Fails. The reel shows YOUNG and Mr. Fails in a vehicle rapping along with a song.

3    **Violation of Standard Condition # 9: "IF YOU ARE ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS."**

On February 27, 2026, this officer received a call from Bloomfield Township Police Department indicating they responded to a Domestic Assault call. Dispatch indicated someone broke through a front door and they could hear a female was screaming at a male to leave and he was refusing. Additionally, a baby could be heard in the background. The officer indicated upon arrival, the storm door to the residence was observed to be shattered. Neither YOUNG or the female resident were willing to cooperate and indicated nothing physical occurred. YOUNG was ordered to get his things and leave the residence. YOUNG failed to report the police contact to U.S. Probation.

4    **Violation of Standard Condition # 9: "IF YOU ARE ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS."**

On March 1, 2026, notification was received that YOUNG's information was ran by Utica Police Department. Follow-up with Utica Police Department indicated YOUNG was cited for No Insurance and Obstructed Vision. YOUNG failed to report the police contact to U.S. Probation.

5    **Violation of Special Condition #1: "YOU MUST PARTICIPATE IN A COGNITIVE-BEHAVIORAL TREATMENT PROGRAM AND FOLLOW THE RULES AND REGULATIONS OF THAT PROGRAM. THE PROBATION OFFICER WILL SUPERVISE YOUR PARTICIPATION IN THE PROGRAM (PROVIDER, LOCATION, MODALITY, DURATION, INTENSITY, ETC.). SUCH PROGRAMS MAY INCLUDE GROUP SESSIONS LED BY A COUNSELOR OR PARTICIPATION IN A PROGRAM ADMINISTERED BY THE PROBATION OFFICE."**

On January 7, 2026, YOUNG began the six-week Cognitive Behavioral Therapy (CBT) class with the U.S. Probation Department to be held on Wednesday's. He attended as required on January 14, 2026, and January 21, 2026. YOUNG failed to attend on January 28, 2026, and was removed from the program. YOUNG cited forgetting the day of the week and his truck being at the mechanic as his reason for not attending. YOUNG failed to contact this officer to advise he would not be attending.

6    **Violation of Special Condition #3: "YOU SHALL NOT BE A MEMBER OF OR ASSOCIATED WITH ANY GROUP ORIENTED IN WHOLE OR IN PART TOWARD CRIMINAL PURPOSE, COMMONLY REFERRED TO AS A GANG.  YOU SHALL NOT BE FOUND IN THE SOCIAL COMPANY OF ANY PERSON WHO YOU KNOW OR**

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000012119 | **DATE** 06/05/2026 |
|---|---|---|---|---|
| **NAME** YOUNG, Isaac | **OFFICER** Marie Serna | **JUDGE** Linda V. Parker | **DOCKET #** 23-CR-20394-01 | |

REASONABLY OUGHT TO KNOW IS A MEMBER OF OR ASSOCIATED WITH SUCH A GANG. YOU SHALL NOT POSSESS, WEAR OR DISPLAY IN ANY MANNER ANY INSIGNIA, EMBLEM, HAT, SCARF, BANDANA OR ARTICLE OF CLOTHING WHICH IS DESIGNED, ARRANGED, OR USED IN ANY WAY TO SYMBOLIZE MEMBERSHIP IN, AFFILIATION WITH OR APPROVAL OF A GANG. YOU SHALL NOT POSSESS, WEAR OR DISPLAY ANY ARTICLE OF CLOTHING TO WHICH ANY INSIGNIA OR NAME (INCLUDING, FOR EXAMPLE, EITHER A DESIGNER'S NAME OR SYMBOL), WHICH IS EASILY DISCERNIBLE FROM A DISTANCE OR MORE THAN 10 FEET. YOU SHALL NOT AT ANY TIME USE HAND OR BODY SIGNALS OF SUCH KIND AS ARE ASSOCIATED WITH SIGNIFYING MEMBERSHIP IN, AFFILIATION WITH OR APPROVAL OF A GANG. YOU SHALL ACQUIRE NO TATTOOS, BODY MARKINGS OR PIERCINGS OF ANY KIND."

On February 4, 2026, YOUNG posted on his public Instagram page, "realrichizzo" a reel that included Keyon Fails and Malik Taylor. The reels match parts of an official video released by Keyon Fails for his song, "2 The Hard Way (First Day Out)" later that week. Both Mr. Fails and Mr. Taylor are identified Cashgang members.

On February 13, 2026, YOUNG posted on his public Instagram page a reel that included Keyon Fails. The reel shows YOUNG and Mr. Fails in a vehicle rapping along with a song.

**7**     **Violation of Mandatory Condition #1: "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."**

On May 28, 2026, an Ohio State Trooper was traveling southbound on US 23 near milepost 1 in the left lane of travel. The Trooper observed a tan Dodge Durango traveling northbound on US 23 in the left lane of travel approximately 400 feet in front of him. Upon crossing paths with the Durango, the Trooper was unable to see inside the Durango due to the high level of tint. The Durango seemingly became disturbed by the Trooper's presence as it immediately switched into the right lane of travel. The Trooper began northbound on US 23 to catch up with the vehicle. The Trooper observed the suspect vehicle following a silver Ford sedan closely with less than a car length in between the two. The silver Ford exited onto State Route 98 and the Trooper estimated the suspect vehicle begin to travel at speed higher than posted speed limit. Upon catching up to the vehicle, the Trooper consistently paced it to be traveling at 74 miles per hour in a posted 65 mile per hour zone. The Trooper activated his emergency lights to initiate a traffic stop with the vehicle. Upon activating the lights, the vehicle was slow to stop.

Upon speaking with the occupants, the Trooper immediately detected the strong odor of burnt and raw marijuana coming from the interior of the vehicle. The Trooper advised the driver he was being stopped for following too close to the silver sedan and the window tint. The driver stated he was unaware of the following too close, and he stated he did not know the tint percentage due to him borrowing the vehicle from a friend. The driver provided his Michigan Driver's

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000012119 | **DATE** 06/05/2026 |
|---|---|---|---|---|
| **NAME** YOUNG, Isaac | | **OFFICER** Marie Serna | **JUDGE** Linda V. Parker | **DOCKET #** 23-CR-20394-01 |

License bearing his name and photograph of ISAAC YOUNG. The Trooper inquired where they were coming from, and they stated they were collecting money in Columbus and that they are rappers. The passenger provided the Trooper with his Michigan Driver's License bearing the name and photograph of Keyon Fails. The Trooper advised them of their Miranda Rights, and they stated they understood. They were asked when they last smoked marijuana inside the vehicle and YOUNG picked up a burnt marijuana cigarette, showed it to the Trooper, and stated he smoked maybe an hour and a half prior when they were in Columbus. YOUNG was asked to exit the vehicle and asked if he had any weapons on his person or in the vehicle. He stated there were no weapons. YOUNG walked to the front of the patrol car where a consensual pat down for weapons was performed. Fails was sat in the right rear seat of the patrol car.

Standardized Field Sobriety Tests were performed, and YOUNG was determined to not be impaired.

The Trooper asked YOUNG if there was anything illegal inside the vehicle and he stated there was not. The Trooper asked how much marijuana was in the vehicle and he stated that it was probably a quarter gram. A probable cause search of the vehicle was performed. Upon removing the window switch panel of the front passenger door, a Glock 27 Gen 4 40 Cali semi-automatic pistol containing 8 bullets in the magazine was located hidden inside the door. It was seized. Upon questioning YOUNG and Fails, they denied knowing anything about the firearm. Fails was advised it was hidden in the door he was sitting closest to and he still denied knowledge of the firearm. Approximately 11 grams of marijuana was located in the center console. The packaging confirmed the marijuana was purchased in Michigan. It was seized as well.

YOUNG and Fails are not allowed to be in possession of a firearm due to prior felony convictions. They were advised that charges are being forwarded to the Marion County Prosecutor's Office and is pending their review.

The seized marijuana was packaged and sealed to be forwarded to the crime lab. The firearm was packaged pending transfer into the permanent evidence locker.

Charges for Following Too Close (4511.34), Seat-belt (4513.263B1), Weapons Under Disability (2923.13), Possession of Marijuana (2925.11C3), and Transportation of Marijuana (3796.062) are being forwarded to the Marion County Prosecutor's Office for their review.

YOUNG and Fails were released from the scene.

| PROB 12C<br>(Rev. 08/18) | **AMENDED VIOLATION REPORT**<br>**PART 1:  PETITION FOR**<br>**SUMMONS** | **U. S. Probation Office**<br>Eastern District of Michigan | **PACTS**<br>000012119 | **DATE**<br>06/05/2026 |
|---|---|---|---|---|
| **NAME**<br>YOUNG, Isaac | | **OFFICER**<br>Marie Serna | **JUDGE**<br>Linda V. Parker | **DOCKET #**<br>23-CR-20394-01 |

**8**  **Violation of Standard Condition #8: "YOU MUST NOT COMMUNICATE OR INTERACT WITH SOMEONE YOU KNOW IS ENGAGED IN CRIMINAL ACTIVITY. IF YOU KNOW SOMEONE HAS BEEN CONVICTED OF A FELONY, YOU MUST NOT KNOWINGLY COMMUNICATE OR INTERACT WITH THAT PERSON WITHOUT FIRST GETTING THE PERMISSION OF THE PROBATION OFFICER."**

As listed in Violation 7, on May 28, 2026, YOUNG was pulled over by law enforcement and Keyon Fails was the passenger in the vehicle. Mr. Fails is a convicted felon on supervised release in the Eastern District of Michigan.

**9**  **Violation of Special Condition #3: "YOU SHALL NOT BE A MEMBER OF OR ASSOCIATED WITH ANY GROUP ORIENTED IN WHOLE OR IN PART TOWARD CRIMINAL PURPOSE, COMMONLY REFERRED TO AS A GANG. YOU SHALL NOT BE FOUND IN THE SOCIAL COMPANY OF ANY PERSON WHO YOU KNOW OR REASONABLY OUGHT TO KNOW IS A MEMBER OF OR ASSOCIATED WITH SUCH A GANG. YOU SHALL NOT POSSESS, WEAR OR DISPLAY IN ANY MANNER ANY INSIGNIA, EMBLEM, HAT, SCARF, BANDANA OR ARTICLE OF CLOTHING WHICH IS DESIGNED, ARRANGED, OR USED IN ANY WAY TO SYMBOLIZE MEMBERSHIP IN, AFFILIATION WITH OR APPROVAL OF A GANG. YOU SHALL NOT POSSESS, WEAR OR DISPLAY ANY ARTICLE OF CLOTHING TO WHICH ANY INSIGNIA OR NAME (INCLUDING, FOR EXAMPLE, EITHER A DESIGNER'S NAME OR SYMBOL), WHICH IS EASILY DISCERNIBLE FROM A DISTANCE OR MORE THAN 10 FEET. YOU SHALL NOT AT ANY TIME USE HAND OR BODY SIGNALS OF SUCH KIND AS ARE ASSOCIATED WITH SIGNIFYING MEMBERSHIP IN, AFFILIATION WITH OR APPROVAL OF A GANG. YOU SHALL ACQUIRE NO TATTOOS, BODY MARKINGS OR PIERCINGS OF ANY KIND."**

As listed in Violation 7, on May 28, 2026, YOUNG was pulled over by law enforcement and Keyon Fails was the passenger. Mr. Fails is an identified member of Cashgang.

**10**  **Violation of Mandatory Condition # 3: "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT."**

As noted in Violation 7, YOUNG was pulled over in vehicle with a strong odor of marijuana. YOUNG admitted to the Trooper he has used marijuana approximately an hour and a half prior to being stopped on the traffic violation.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT**<br>**PART 1:  PETITION FOR**<br>**SUMMONS** | **U. S. Probation Office**<br>Eastern District of Michigan | **PACTS**<br>000012119 | **DATE**<br>06/05/2026 |
|---|---|---|---|---|
| **NAME**<br>YOUNG, Isaac | **OFFICER**<br>Marie Serna | **JUDGE**<br>Linda V. Parker | | **DOCKET #**<br>23-CR-20394-01 |

**11**     **Violation of Standard Condition #3: "YOU MUST NOT KNOWINGLY LEAVE THE JUDICIAL DISTRICT WHERE YOU ARE AUTHORIZED TO RESIDE WITHOUT FIRST GETTING PERMISSION FROM THE COURT OR THE PROBATION OFFICER."**

As noted in Violation 7, YOUNG was pulled over by Ohio State Troopers on May 28, 2026. YOUNG text this officer at 12:27 p.m. indicating, "Hey, they canceled Miami it's another platform in Ohio they signed me up for instead." The police report indicates the traffic stop was conducted at 12:20 p.m. on May 28, 2026. YOUNG did not seek prior permission from the probation officer to be in Ohio.

**12**     **Violation of Mandatory Condition #1:"YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."**

On June 5, 2026, U.S. Probation conducted a criminal background check to provide the Court with the Amended Violation Report. A warrant dated June 1, 2026, was issued on June 1, 2026, for Criminal Bench Failure to Appear Defrauding Innkeeper under 34th District Court Docket # 25WM02681. There is a 10% bond of $5,000 cash/surety.

The following information was garnered from a Wayne County Airport Authority Police Department report dated November 19, 2025.

On 11/19/2025, an officer was assigned a fail to pay from the Mack Deck level 2 of *$1,856*. They reviewed video with Standard Parking.  A 30-day demand letter was sent to the registered owner, Isaac Barnett Young, via certified (9589071052701226229562) and standard US mail.

U.S. Probation was advised of the issue shortly after the investigation was concluded. YOUNG was advised by U.S. Probation to resolve the matter. YOUNG indicated he would follow-up. Due to the issuance of the warrant, it appears criminal charges have been filed.

| **I declare under penalty of perjury that the foregoing is true and correct.**<br>**PROBATION OFFICER**<br><br>s/Marie Serna/djl<br>313-234-5438 | **DISTRIBUTION**<br><br>Court |
|---|---|
| **SUPERVISING PROBATION OFFICER**<br><br>s/Christina R. Wilkerson<br>313-234-5460 | **PROBATION ROUTING**<br><br>Data Entry |

| PROB 12C<br>(Rev. 08/18) | **AMENDED VIOLATION REPORT**<br>**PART 1:  PETITION FOR**<br>**SUMMONS** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>000012119 | DATE<br>06/05/2026 |
|---|---|---|---|---|
| NAME<br>YOUNG, Isaac | OFFICER<br>Marie Serna | JUDGE<br>Linda V. Parker | | DOCKET #<br>23-CR-20394-01 |

**THE COURT ORDERS:**

[ X ]  The above charges as an amendment to the summons issued on 03/11/2026.

[  ]  Other

<div style="margin-left:50%">

s/Linda V. Parker
_____
United States District Judge

6/8/2026
_____
Date

</div>